THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN CAMPBELL, | CASE NO. C18-0274-JCC |
| Petitioner, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

This matter comes before the Court on the Ninth Circuit's order transferring Petitioner's § 2255 motion to this Court (Dkt. No. 6). The Ninth Circuit directed that Petitioner be allowed to amend his § 2255 motion to include all the claims that he wishes to raise. (Dkt. No. 6 at 2.) The Court GRANTS Petitioner leave to amend his § 2255 motion so that it includes all the claims he wishes to raise. Petitioner's amended § 2255 motion shall be filed no later than January 22, 2019. For purposes of clarification and because Petitioner is *pro se*, the Court instructs Petitioner that he should treat the § 2255 motion that he will file on January 22, 2019 as his first § 2255 motion filed in the underlying criminal case, *United States v. Kevin C. Campbell*, Case No. CR17-0025-JCC (W.D. Wash. 2017).

//
//
//

1     DATED this 19th day of December 2018.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-0274-JCC
PAGE - 2