THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN CAMPBELL,<br><br>        Petitioner,<br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CASE NO. C18-0274-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Petitioner's motion to extend time and request for proper *pro se* forms (Dkt. No. 9). Respondent does not oppose the request. (Dkt. No. 10.) The motion is GRANTED. The Clerk has already mailed Petitioner forms for a § 2255 motion and a motion to appoint counsel. (*See* Dkt. No. 65.) To the extent one was not mailed, the Clerk is DIRECTED to mail to Petitioner an application to proceed *in forma pauperis*. The deadline for Petitioner to file his amended § 2255 motion is EXTENDED to February 22, 2019. The Clerk is DIRECTED to provide a copy of this order to Petitioner.

//

//

//

MINUTE ORDER
C18-0274-JCC
PAGE - 1

1 DATED this 16th day of January 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk