UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN CAMPBELL, | CASE NO. C18-0274-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Petitioner's unopposed motion to extend time (Dkt. No. 12). The motion is GRANTED. The deadline for Petitioner to file his amended § 2255 motion is EXTENDED to March 22, 2019. The Clerk is DIRECTED to provide a copy of this order to Petitioner.

DATED this 4th day of March 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
