# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KEVIN CAMPBELL, | CASE NO. C18-0274-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Petitioner's motion to turn over to Petitioner any documents related to the Court's order granting in part and denying in part Respondent's motion to seal (Dkt. No. 24). The motion is DENIED as moot. Respondent certifies that it served Petitioner with the documents he claims he did not receive. (*See* Dkt. Nos. 25, 25-1.) Nevertheless, Respondent certifies that it will again send Petitioner the documents he seeks. (*See* Dkt. No. 25 at 3.) Therefore, Petitioner's motion is moot. The Clerk is DIRECTED to send a copy of this order to Petitioner.

//

//

//

1     DATED this 9th day of July 2019.

                                                  <u>William M. McCool</u>
                                                  Clerk of Court

                                                  <u>s/Tomas Hernandez</u>
                                                  Deputy Clerk

MINUTE ORDER
C18-0274-JCC
PAGE - 2