THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN CAMPBELL,

                Petitioner,

      v.

UNITED STATES OF AMERICA,

                Respondent.

CASE NO. C18-0274-JCC

ORDER

This matter comes before the Court *sua sponte*. In the Court's recent order dismissing Petitioner's 28 U.S.C. § 2255 habeas petition (Dkt. No. 27), the Court inadvertently omitted its order on Petitioner's certificate of appealability, which the Court now addresses.

To obtain a certificate of appealability, a petitioner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

Petitioner sought to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255, arguing that: he did not knowingly and intelligently enter into his guilty plea; he received inadequate assistance of trial and appellate counsel; and the conditions of supervised release were unconstitutionally broad and vague. (*See* Dkt. No. 14 at 4–8.) The Court denied Petitioner's

petition because none of Petitioner's claims were meritorious. (*See* Dkt. No. 27.) Petitioner has not made a substantial showing of the denial of a constitutional right because the Court finds that no reasonable jurist could disagree with its conclusion. Thus, the Court DENIES a certificate of appealability in this case.

DATED this 30th day of July 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE